# ELECTRONIC RECORD

COA #   07-14-00103-CR          OFFENSE:   19.02

STYLE:   Renee Valencia v. The State of Texas          COUNTY:   Lubbock

COA DISPOSITION:   AFFIRM          TRIAL COURT:   137th District Court

DATE: 01/21/2016          Publish: YES   TC CASE #:   2014-401,405

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Renee Valencia v. The State of Texas          CCA #:   __198-16__

_____APPELLANT'S____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:   _____

____REFUSED_____          JUDGE:   _____

DATE: __05/18/2016__          SIGNED: _____          PC: _____

JUDGE: ___per Curiam___          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD